**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Highland Homes – Houston, LLC

Appellate case number:   01-21-00585-CV

Trial court case number:  20-DCV-276771

Trial court:                    400th District Court of Fort Bend County

       Real Party in Interest, Ursula McLendon, has filed an Unopposed Motion to Extend Time to File Motion for Rehearing.  Real Party in Interest's motion is **granted.**  Real Party in Interest's motion for rehearing, if any, is due **March 28, 2022.**

       It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually


Date:  March 15, 2022